# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIROTECH VEHICLES, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| KINGBIRD VENTURES LLC and EFRAIM DIVEROLI, | § § § § | |
| *Defendants*. | § | |

## INDEX OF MATTERS BEING FILED

**Exhibit A:**   Index of Matters Being Filed

**Exhibit B:**   Pleadings asserting causes of action

    **Exhibit B-1:**   Plaintiff's Verified Original Petition and Request for Temporary Restraining Order and Temporary Injunction

    **Exhibit B-2:**   Plaintiff's Proposed Order Granting TRO

    **Exhibit B-3:**   Plaintiff's Verified Motion for Temporary and Permanent Sealing

    **Exhibit B-4:**   Plaintiff's Temporary Sealing Order

**Exhibit C:**   The docket sheet;

**Exhibit D:**   A list of all counsel of record, including addresses, telephone numbers and parties represented.