# EXHIBIT C

2/9/26, 12:09 PM    research.TXC - Envirotech Vehicles, Inc. vs. Kingbird Ventures, LLC, and Efraim Diveroli 26-BC11B-0007

Case 4:26-cv-01034 - Document 1-3 - Filed 02/09/26 in TXSD - Page 2 of 3

https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/dd9ed2dc5599450a8abf64a44ead9d65

## Case Information

# Envirotech Vehicles, Inc. vs. Kingbird Ventures, LLC, and Efraim Diveroli

26-BC11B-0007

Location
Business Court 11b

Case Category
Civil - Other Civil

Case Type
Tortious Interference

Case Filed Date
2/5/2026

Judge
Grant Dorfman

Case Status
Active

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Envirotech Vehicles, Inc. | | Dvorscak, Alexander, Finkel, David, Hilton, Christopher, Stone, Judd, II |
| Defendant | Kingbird Ventures, LLC | | |
| Defendant | Diveroli, Efraim | | |

## Hearings [1]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 2/9/2026 03:00 PM | Temporary Restraining Order | Dorfman, Grant | 14th Court of Appeals Courtroom | |

## Events [17]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 2/5/2026 | Filing | PET | Plaintiffs Verified Original Petition and Request for Temporary Restraining Order and Temporary Injunction | |
| 2/5/2026 | Filing | O | | No Documents |
| 2/5/2026 | Filing | MOTAO | Plaintiffs Verified Motion for Temporary and Permanent Sealing Order | Plaintiffs Verified Motion for Temporary and Permanent Sealing Order.pdf |
| 2/5/2026 | Filing | PO | Proposed Temp Restraining Order and Order Setting Hearing for Temp Injunction | |
| 2/5/2026 | Filing | CIS | Business Court Case Information Sheet | Business Court Case Information Sheet.pdf |
| 2/5/2026 | Filing | OP | (REDACTED) Plaintiffs Verified Original Petition and Request for Temporary Restraining Order and Temporary Injunction | (REDACTED) Plaintiffs Verified Original Petition and Request for TRO and Temp Injunction.pdf |
| 2/5/2026 | Filing | PO | Proposed Temporary Sealing Order | Proposed Temporary Sealing Order.pdf |
| 2/5/2026 | Filing | PO | (REDACTED) Proposed Order | (REDACTED) Proposed Order.pdf |
| 2/5/2026 | Filing | CERT | Plaintiff's Certificate of Notice | Plaintiff's Certificate of Notice.pdf |
| 2/6/2026 | Service | Citation | - | - |

2/9/26, 12:09 PM                re:SearchTX - Edmotech Vehicles, Inc. vs. Kingbird Ventures, LLC, and Efraim Diveroli

Case 4:26-cv-01034 - Document 1-3 - Filed 02/09/26 in TXSD - Page 3 of 3    623c23868f770340-0007

| Date | Event | Type | Comments | Documents |
| --- | --- | --- | --- | --- |
| 2/6/2026 | Service | Citation | - | - |
| 2/6/2026 | Filing | REQ | Issuance Request Kingbird Ventures, LLC | Issuance Request Kingbird Ventures, LLC.pdf |
| 2/6/2026 | Filing | REQ | Issuance Request Efraim Diveroli | Issuance Request Efraim Diveroli.pdf |
| 2/6/2026 | Filing | CITISS | Citation Issued: Kingbird Ventures, LLC | Citation Issued: Kingbird Ventures, LLC.pdf |
| 2/6/2026 | Filing | CITISS | Citation Issued: Efraim Diveroli | Citation Issued: Efraim Diveroli.pdf |
| 2/6/2026 | Filing | NOH | Notice of Hearing Emergency Application for TRO | Notice of Hearing Emergency Application for TRO.pdf |
| 2/9/2026 | Hearing | Temporary Restraining Order | - | - |

© 2026 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.9.2.1680

