# **EXHIBIT D**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENVIROTECH VEHICLES, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| KINGBIRD VENTURES LLC and EFRAIM DIVEROLI, | § § § § | |
| *Defendants*. | § | |

## LIST OF ALL COUNSEL OF RECORD

1. **Counsel for Plaintiff Envirotech Vehicles Inc.:**

   Judd E. Stone II
   Texas Bar No. 24076720
   Christopher D. Hilton
   Texas Bar No. 24087727
   Alexander M. Dvorscak
   Texas Bar No. 24120461
   David C. Finkel
   Texas Bar No. 24125230
   **STONE HILTON PLLC**
   600 Congress Ave., Suite 2350
   Austin, TX 78701
   Telephone: (737) 465-3897
   judd@stonehilton.com
   chris@stonehilton.com
   alex@stonehilton.com
   dave@stonehilton.com
   *Counsel for Plaintiff*

2. **Counsel for Defendants Kingbird Ventures LLC and Efraim Diveroli:**

   Paul B. Kerlin
   State Bar No. 24044480
   kerlinp@gtlaw.com
   **Greenberg Traurig, LLP**
   1000 Louisiana Street, Suite 6700
   Houston, Texas 77002
   (713) 374-3590 (main)
   (713) 754-7598 (facsimile)