**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ENVIROTECH VEHICLES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-01034 |
| | § | |
| KINGBIRD VENTURES LLC and | § | |
| EFRAIM DIVEROLI, | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Envirotech Vehicles, Inc. files this Notice of Voluntary Dismissal of all claims asserted in this case without prejudice. No Defendant has served an answer or a motion for summary judgment. This dismissal is filed before the commencement of trial and the introduction of evidence. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

Under Federal Rule of Civil Procedure 41(a)(1), this dismissal takes effect upon filing and does not require a court order. All costs are taxed against the party incurring them.

Dated: May 18, 2026

Respectfully submitted,

*/s/ Christopher D. Hilton*
Judd E. Stone II
Texas Bar No. 24076720
Southern District No. 3644268
Christopher D. Hilton
Attorney-in-Charge
Texas Bar No. 24087727
Southern District No. 3029796
Alexander M. Dvorscak
Texas Bar No. 24120461
Southern District No. 3610557
David C. Finkel
Texas Bar No. 24125230
Southern District No. 3710599
STONE HILTON PLLC
600 Congress Ave., Suite 2350
Austin, TX 78701
Telephone: (737) 465-3897
judd@stonehilton.com
chris@stonehilton.com
alex@stonehilton.com
dave@stonehilton.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, a true copy of this document was electronically filed through the Court's CM/ECF system, which will send notices of electronic filing to all counsel of record.

*/s/ Christopher D. Hilton*
Christopher D. Hilton

2